**Opinion issued April 10, 2025**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-24-00819-CV

————————————

**MARK CANFORA AND MARK CANFORA INVESTMENTS, LLC,**
**Appellants**

**V.**

**BRENT W. COON PC D/B/A BRENT COON & ASSOCIATES, PLLC,**
**BRENT W. COON, ERIC NEWELL, JOHN R. THOMAS, LORI J.**
**SLOCUM, ROBERT A. SCHWARTZ, MARY CATHRYNE CARAWAY**
**JACOB, AND DAREN A. MILLER, Appellees**

---

**On Appeal from the 234th District Court**
**Harris County, Texas**
**Trial Court Case No. 2020-46985**

---

## MEMORANDUM OPINION

Appellants Mark Canfora and Mark Canfora Investments, LLC, failed to file

a brief.  *See* TEX. R. APP. P. 38.6(a), 38.8(a).  On March 17, 2025, the Clerk of this

Court notified Appellants that their appellate brief was past due, and their appeal was subject to dismissal. *See* TEX. R. APP. P. 38.8(a), 42.3(b), 43.2(f). We directed Appellants to file their brief and a motion requesting an extension to file the brief within 10 days of our notice. Appellants did not respond. *See* TEX. R. APP. P. 42.3(b), (c).

We dismiss the appeal for want of prosecution for failure to file a brief. *See* TEX. R. APP. P. 38.8(a), 42.3(b), 43.2(f). We deny any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Johnson, and Dokupil.

2